# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) |
| | Case No. 11-20204 |
| MARCUS JOHN ESCH, JR. | USM No. 46659-039 |
| _____/ | |

Defendant's Attorney: David A. Koelzer

**THE DEFENDANT** pleaded guilty to count One (1).

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 113(a)(5), 1151, and 1152 | Simple Assault Within Special Jurisdiction | 03/21/2011 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Date of Imposition of Judgment: August 24, 2012

s/ *Charles E. Binder*
CHARLES E. BINDER
Dated: August 28, 2012                United States Magistrate Judge

DEFENDANT: Marcus John Esch, Jr.  
CASE NUMBER: 11-20204

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **forty-five (45) days.**

The defendant is remanded to the custody of the United States Marshal.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this Judgment.

_____ _____  
Deputy United States Marshal    Date

DEFENDANT: Marcus John Esch, Jr.
CASE NUMBER:   11-20204

## **CRIMINAL MONETARY PENALTIES**

  Payment of the $10.00 special assessment is due immediately.  The Court waives the imposition of a fine and the costs of incarceration due to the Defendant's lack of financial resources.